Marjorie S. Fochtman, Bar No. 143201
Paul R. Lynd, Bar No. 202764
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, California 94111-3600
Telephone: (415) 984-8200
Fax: (415) 984-8300

Attorneys for Defendant
CARGILL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELORA MARSHALL,<br><br>                Plaintiff,<br><br>vs.<br><br>CARGILL, INC., a corporation; PATRICK MAPELLI, and individual; LES ICETON, an individual; and DOES 1 through 100, inclusive,<br><br>                Defendant. | Case No. _____<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>**Local Rule 3-16** |

TO PLAINTIFF AND TO ATTORNEY OF RECORD, AND TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:

NOTICE IS HEREBY GIVEN that, pursuant to Rule 3-16 of the Civil Local Rules, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: May 12, 2008

NIXON PEABODY LLP

By: _____
PAUL R. LYND
Attorneys for Defendant
CARGILL, INC.

CERTIFICATION OF INTERESTED ENTITIES
OR PERSONS

11012806.1