Marjorie S. Fochtman, Bar No. 143201
Paul R. Lynd, Bar No. 202764
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, California 94111-3600
Telephone: (415) 984-8200
Fax: (415) 984-8300

Attorneys for Defendant
CARGILL, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELORA MARSHALL,<br><br>               Plaintiff,<br><br>vs.<br><br>CARGILL, INC., a corporation; PATRICK MAPELLI, an individual; LES ICETON, an individual; and DOES 1 through 100, inclusive,<br><br>               Defendant. | Case No. C08-02422 JCS<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

DATED: May 12, 2008                                                    NIXON PEABODY LLP

                                                                       By: _____
                                                                           PAUL R. LYND
                                                                           Attorneys for Defendant
                                                                           CARGILL, INC.

---

REQUEST FOR REASSIGNMENT TO A
UNITED STATES DISTRICT JUDGE                                                                11015796.1

# PROOF OF SERVICE

**CASE NAME:** Delora Marshall v. Cargill, Inc., et al.
**COURT:** USDC – Northern District
**CASE NO.:** C08-02422 JCS
**NP FILE:** 033749.000005

I, the undersigned, certify that I am employed in the City and County of San Francisco, California; that I am over the age of eighteen years and not a party to the within action; and that my business address is One Embarcadero Center, 18th Floor, San Francisco, California 94111-3600. On this date, I served the following document(s):

1. **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

on the parties stated below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

___ By First-Class Mail — I am readily familiar with the firm's practice for collection and processing of correspondence for mailing. Under that practice, the correspondence is deposited with the United States Postal Service on the same day as collected, with first-class postage thereon fully prepaid, in San Francisco, California, for mailing to the office of the addressee following ordinary business practices.

__X__: By Personal Service — I caused each such envelope to be given to a courier messenger to personally deliver to the office of the addressee.

____: By Overnight Courier — I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

____: By Facsimile — From facsimile number (415) 984-8300, I caused each such document to be transmitted by facsimile machine, to the parties and numbers listed below, pursuant to Rule 2008. The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine.

____: By Electronic Mail — Transmitting via electronic mail to the recipients below in a manner consistent with the requirements of California Code of Regulations, title 20, sections 1209, 1209.5 and 1210.

Addressee(s)

Michael Hoffman
Barbara Figari
Law Offices of Michael Hoffman
22 Battery St., Ste. 1000
San Francisco, CA 94111
Tel: (415) 362-1111
Attorney for Plaintiff

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 12, 2008, at San Francisco, California.

*/s/ Jan Vornkahl*
_____
Jan Vornkahl

PROOF OF SERVICE
CASE NO.: C07-5037

11010155.1