Marjorie S. Fochtman, Bar No. 143201
Paul R. Lynd, Bar No. 202764
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, California 94111-3600
Telephone: (415) 984-8200
Fax: (415) 984-8300

Attorneys for Defendant
CARGILL, INC., PATRICK MAPELLI
and LES ICETON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELORA MARSHALL,<br><br>        Plaintiff,<br><br> vs.<br><br>CARGILL, INC., a corporation; PATRICK MAPELLI, an individual; LES ICETON, an individual; and DOES 1 through 100, inclusive,<br><br>        Defendant. | Case No. C08-02422 WHA<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS OF DEFENDANTS PATRICK MAPELLI AND LES ICETON**<br><br>Date:  June 19, 2008<br>Time:  8:00 a.m.<br>Dept.:  Ctrm. 9, 19th Floor<br>Judge:  The Hon. William J. Alsup |

   The Motion to Dismiss of Defendants Patrick Mapelli and Les Iceton ("Defendants") came on regularly for hearing before this Court on June 19, 2008. Plaintiff appeared through Michael Hoffman and Barbara Figari of the Law Offices of Michael Hoffman. Defendants appeared through Paul R. Lynd of Nixon Peabody LLP.

   Having considered Defendants' supporting papers, Plaintiff's opposition papers, all documents and pleadings on file in this matter, and the arguments of counsel, and good cause appearing, the Court hereby orders that Defendants' Motion to Dismiss be granted, without leave to amend, as to Plaintiff's First, Second, Third, Fourth, Fifth, and Sixth Causes of Action as alleged against Defendants. With respect to each cause of action against Defendants, Plaintiff has failed to state a cause of action upon which relief can be granted.

   Plaintiff's First and Third Causes of Action for age and disability discrimination, respectively,

1  fail to state a cause of action upon which relief can be granted.  The California Fair Employment and
2  Housing Act ("FEHA") does not permit suit against individuals for discrimination.  *Reno v. Baird*, 18
3  Cal.4th 640, 663 (1998).

4  Plaintiff's Second Cause of Action for failure to prevent age discrimination under the FEHA
5  fails to state a cause of action upon which relief can be granted.  The FEHA does not allow an
6  independent claim for failure to prevent discrimination when a plaintiff cannot establish an
7  underlying discrimination claim against the defendant.  *Trujillo v. North County Transit Dist.*, 63
8  Cal.App.4th 280, 288-289 (1998).  Plaintiff cannot sue Defendants for discrimination as individuals.
9  *Reno, supra,* 18 Cal.4th at 663.  Thus, she also cannot sue them for failure to prevent age
10 discrimination.

11 Plaintiff's Fourth Cause of Action for wrongful termination fails to state a cause of action
12 upon which relief can be granted.  Because Plaintiff cannot sue Defendants for discrimination under
13 the FEHA, she also cannot sue them for wrongful termination in violation of public policy based on
14 the FEHA.  *Reno, supra,* 18 Cal.4th at 664.  Furthermore, Article I, Section 8 of the California
15 Constitution does not address age or disability discrimination, so Plaintiff cannot sue for wrongful
16 termination in violation of public policy on that basis.

17 Plaintiff's Fifth Cause of Action for retaliation in violation of the FEHA fails to state a cause
18 of action upon which relief can be granted.  As individuals, Defendants cannot be sued for retaliation
19 under the FEHA.  *Jones v. The Lodge at Torrey Pines Partnership*, 42 Cal.4th 1158, 1160 (2008).

20 Plaintiff's Sixth Cause of Action for retaliation in violation of public policy fails state a cause
21 of action upon which relief can be granted.   California law does not permit Plaintiff to sue
22 Defendants as individuals on this claim.  *Gaw v. Arthur J. Gallagher & Co.*, 2008 U.S. Dist. LEXIS
23 9188 (N.D. Cal. 2008); *Jones, supra,* 42 Cal.4th at 1160, 1173.

24 Because Plaintiff has failed to state any cause of action upon which relief can be granted
25 //
26 //
27 //
28 //

[PROPOSED] ORDER GRANTING MOTION TO
DISMISS OF DEFENDANTS PATRICK MAPELLI
AND LES ICETON

11019384.1

against Defendants, Defendants must be dismissed from the case.

IT IS SO ORDERED.

DATED: _____

By: _____
HON. WILLIAM H. ALSUP
United States District Court Judge

-3-

[PROPOSED] ORDER GRANTING MOTION TO
DISMISS OF DEFENDANTS PATRICK MAPELLI
AND LES ICETON

11019384.1