LAW OFFICES OF MICHAEL HOFFMAN
MICHAEL HOFFMAN SBN 154481
BARBARA FIGARI SBN 251942
22 Battery Street, Ste. 1000
San Francisco, CA 94111
Tel  (415) 362-1111
Fax  (415) 362-1112
Email: mhoffman@employment-lawyers.com

Attorney for Plaintiff

SUPERIOR COURT OF THE STATE OF CALIFORNIA

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELORA MARSHALL<br><br>    Plaintiff,<br><br>vs.<br><br>CARGILL, INC., a Corporation,<br>PATRICK MAPELLI, an Individual,<br>LES ICETON, an Individual, and DOES<br>1 through 100, inclusive<br><br>    Defendants. | Case No.  CV08-2422JCS<br><br>**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR ORDER REMANDING CASE TO STATE COURT AND AWARDING COSTS AND ATTORNEY'S FEES TO PLAINTIFF;**<br><br>Date: June 19, 2008<br>Time: 8:00 a.m.<br>Dept.: Ctrm. 9, 19th Floor<br>Judge: The Hon. William J. Alsup |

Plaintiff respectfully requests the Court to take judicial notice of the items described below, under Rule 201 of the Federal Rules of Evidence. Specifically, Plaintiff requests that the Court take judicial notice of the existence and contents of the attached Exhibit "A", which contains true and correct copies of documents from the State Of California's Department of Fair Employment and Housing ("DFEH") indicating that Plaintiff filed Charges and received Rights to Sue for, inter alia, harassment under the Fair Housing and Employment Act ("FEHA") against PATRICK MAPELLI, and LES ICETON prior to filing the instant State

LAW OFFICES OF MICHAEL HOFFMAN
22 Battery Street, Ste. 1000
San Francisco, CA 94111
(415) 362-1111

Court action, putting Defendants on notice that Ms. Marshall would be suing for harassment against the Individual Defendants, and holding them individually liable for the conduct alleged against them under the FEHA.

This Court is authorized to take judicial notice of Exhibit "A" because the DFEH's documents are generally known within the territorial jurisdiction of this Court and are capable of accurate and ready determination by resort to sources whose accuracy could not reasonably be questioned, which therefore permits judicial notice of facts and propositions contained in these DFEH documents that are not reasonably subject to dispute and are capable of immediate and accurate determination by resort to sources of reasonably indisputable accuracy.

As these DFEH documents are not reasonably subject to dispute and are capable of immediate and accurate determination by resort to sources of reasonably indisputable accuracy, Plaintiff requests that the Court take Judicial Notice of them.

DATED: 5-16-08         LAW OFFICE OF MICHAEL HOFFMAN



_____
MICHAEL HOFFMAN

Attorneys for Plaintiff
DELORA MARSHALL

**COMPLAINT OF DISCRIMINATION UNDER THE PROVISIONS OF THE CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT**

DFEH # ____E200708M5075-01____

DFEH USE ONLY

## CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

YOUR NAME (indicate Mr. or Ms.): **MARSHALL, DELORA**

TELEPHONE NUMBER (INCLUDE AREA CODE): **(510)790-0543**

ADDRESS: **7799 PEACHTREE AVENUE**

CITY/STATE/ZIP: **NEWARK, CA, 94560**

COUNTY: **ALAMEDA**

COUNTY CODE: **001**

NAMED IS THE EMPLOYER, PERSON, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, OR STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME:

NAME: **MAPELLI, PATRICK**

TELEPHONE NUMBER (Include Area Code): **(510)797-1820**

ADDRESS: **7220 CENTRAL AVENUE**

CITY/STATE/ZIP: **NEWARK, CA, 94560**

NO. OF EMPLOYEES/MEMBERS (if known): **0**

DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE (month, day, and year): **04/03/2008**

RESPONDENT CODE: **01**

THE PARTICULARS ARE:

I allege that on **04/03/2008**, the following conduct occurred:

- **X** termination
- ___ laid off
- ___ demotion
- **X** harassment
- ___ genetic characteristics testing
- ___ constructive discharge (forced to quit)
- ___ impermissible non-job-related inquiry
- ___ denial of employment
- ___ denial of promotion
- ___ denial of transfer
- ___ denial of accommodation
- **X** failure to prevent discrimination or retaliation
- **X** retaliation
- ___ other (specify)
- ___ denial of family or medical leave
- ___ denial of pregnancy leave
- ___ denial of equal pay
- ___ denial of right to wear pants
- ___ denial of pregnancy accommodation

by **MAPELLI, PATRICK** — **MANAGER OF REAL PROPERTY**

Name of Person — Job Title (supervisor/manager/personnel director/etc.)

because of:
- ___ sex
- **X** age
- ___ religion
- ___ race/color
- ___ national origin/ancestry
- ___ marital status
- ___ sexual orientation
- ___ association
- **X** disbility (physical or mental)
- ___ medical condition (cancer or generic chracteristic
- ___ other (specify)
- **X** retaliation for engaging in protected activity or requesting a protected leave or accommodation

State of what you believe to be the reason(s) for discrimination: I HAVE BEEN DISCRIMINATED AGAINST DUE TO MY AGE, DISABILITY, AND COMPLAINT TO HR ABOUT MY MANAGER. I RECEIVED ONLY GOOD REVIEWS UNTIL PATRICK MAPELLI TOOK OVER, AND SINCE THAT TIME HAVE RECEIVED POOR REVIEWS, AND FOUND OUT THAT HE WAS ASKING PEOPLE NOT TO GIVE ME GOOD REVIEWS. I WAS DISCIPLINED FOR LEAVE TAKEN DUE TO MY DISABILITY, AND HE IS GROOMING HIS 22 YEAR OLD NIECE TO TAKE OVER M JOB, WHICH HE TERMINATED ME FROM.

I wish to pursue this matter in court. I hereby request that the Department of Fair Employment and Housing provide a right-to-sue. I understand that if I want a federal notice of right-to-sue, I must visit the U.S. Equal Employment Opportunity Commission (EEOC) to file a complaint within 30 days of receipt of the DFEH "Notice of Case Closure," or within 300 days of the alleged discriminatory act, whichever is earlier.

I have not been coerced into making this request, nor do I make it based on fear of retaliation if I do not do so. I understand it is the Department of Fair Employment and Housing's policy to not process reopen a complaint once the complaint has been closed on the basis of "Complainant Elected Court Action."

By submitting this complaint I am declaring under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge except as to matt stated on my information and belief, and as to those matters I believe it to be true.

Dated **04/09/2008**

at **San Francisco**

DATE FILED: **04/09/2008**

DFEH-300-030 (02/08)
DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

STATE OF CALIFORNIA

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**
1515 CLAY STREET, SUITE 701, OAKLAND, CA, 94612
(510) 622-2941
ww.dfeh.ca.gov



April 09, 2008

MARSHALL, DELORA
7799 PEACHTREE AVENUE
NEWARK,CA,94560

RE:  E200708M5075-01
     MARSHALL/MAPELLI, PATRICK, AS AN INDIVIDUAL

Dear MARSHALL, DELORA:

## NOTICE OF CASE CLOSURE

This letter informs that the above-referenced complaint that was filed with the Department of Fair Employment and Housing (DFEH) has been closed effective April 09, 2008 because an immediate right-to-sue notice was requested. DFEH will take no further action on the complaint.

This letter is also the Right-To-Sue Notice. According to Government Code section 12965, subdivision (b), a civil action may be brought under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. The civil action must be filed within one year from the date of this letter.

If a federal notice of Right-To-Sue is wanted, the U.S. Equal Employment Opportunity Commission (EEOC) must be visited to file a complaint within 30 days of receipt of this DFEH *Notice of Case Closure* or within 300 days of the alleged discriminatory act, whichever is earlier.

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**
1515 CLAY STREET, SUITE 701, OAKLAND, CA, 94612
(510) 622-2941
ww.dfeh.ca.gov



April 09, 2008

RE:  E200708M5075-01
     MARSHALL/MAPELLI, PATRICK, AS AN INDIVIDUAL

## NOTICE TO COMPLAINANT'S ATTORNEY

Enclosed is a copy of your client's complaint of discrimination filed with the Department of Fair Employment and Housing (DFEH) pursuant to the California Fair Employment and Housing Act, Government Code section 12900 et seq. Also enclosed is a copy of your client's Notice of Case Closure, which constitutes your client's right-to-sue notice. Pursuant to Government Code section 12962, DFEH will not serve these documents on the employer.

Please refer to the enclosed Notice of Case Closure for information regarding filling a private lawsuit in the State of California.

Sincerely,

*Allan H. Pederson*

Allan Pederson
District Administrator


Enclosure:  Complaint of Discrimination
            Notice of Case Closure

DFEH-200-06 (01/08)

DFEH does not retain case files beyond three years after a complaint is filed, unless the case is still open at the end of the three-year period.

Sincerely,

*Allan H. Pederson*

Allan Pederson
District Administrator

cc:   Case File

AILEEN FOX
HUMAN RESOURCES MANAGER
CARGILL, INC.
7220 CENTRAL AVENUE
NEWARK CA 94560

DFEH-200-43 (06/06)

EMPLOYMENT

| COMPLAINT OF DISCRIMINATION UNDER THE PROVISIONS OF THE CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT | DFEH # | E200708M5075-02 |
|---|---|---|
| | | DFEH USE ONLY |

### CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

| YOUR NAME (indicate Mr. or Ms.) | TELEPHONE NUMBER (INCLUDE AREA CODE) |
|---|---|
| **MARSHALL, DELORA** | **(510)790-0543** |

ADDRESS
**7799 PEACHTREE AVENUE**

| CITY/STATE/ZIP | COUNTY | COUNTY CODE |
|---|---|---|
| **NEWARK,CA,94560** | **ALAMEDA** | **001** |

NAMED IS THE EMPLOYER, PERSON, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, OR STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME:

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| **ICETON, LES** | **(952)742-7001** |

ADDRESS
**15407 MCGINTY ROAD WEST**

DFEH USE ONLY

| CITY/STATE/ZIP | COUNTY | COUNTY CODE |
|---|---|---|
| **WAYZATA,MN,55391-2399** | | |

| NO. OF EMPLOYEES/MEMBERS (if known) | DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE (month, day, and year) | RESPONDENT CODE |
|---|---|---|
| 0 | 04/03/2008 | 02 |

THE PARTICULARS ARE:

I allege that on **04/03/2008**, the following conduct occurred:

- X termination
- ___ laid off
- ___ demotion
- X harassment
- ___ genetic characteristics testing
- ___ constructive discharge (forced to quit)
- ___ impermissible non-job-related inquiry
- ___ denial of employment
- ___ denial of promotion
- ___ denial of transfer
- ___ denial of accommodation
- X failure to prevent discrimination or retaliation
- X retaliation
- ___ other (specify) _____
- ___ denial of family or medical leave
- ___ denial of pregnancy leave
- ___ denieal of equal pay
- ___ denial of right to wear pants
- ___ denial of pregnancy accommodation

by **ICETON, LES**                                  **HUMAN RESOURCES OFFICER**
     Name of Person                                  Job Title (supervisor/manager/personnel director/etc.)

because of:
- ___ sex
- X age
- ___ religion
- ___ race/color
- ___ national origin/ancestry
- ___ marital status
- ___ sexual orientation
- ___ association
- X disbility (physical or mental)
- ___ medical condition (cancer or generic chracteristic
- ___ other (specify) _____
- X retaliation for engaging in protected activity or requesting a protected leave or accommodation

State of what you believe to be the reason(s) for discrimination

I HAVE BEEN DISCRIMINATED AGAINST DUE TO MY AGE, DISABILITY, AND COMPLAINT TO HR ABOUT MY MANAGER. I RECEIVED ONLY GOOD REVIEWS UNTIL PATRICK MAPELLI TOOK OVER, AND SINCE THAT TIME HAVE RECEIVED POOR REVIEWS, AND FOUND OUT THAT HE WAS ASKING PEOPLE NOT TO GIVE ME GOOD REVIEWS. I WAS DISCIPLINED FOR LEAVE TAKEN DUE TO MY DISABILITY, AND HE IS GROOMING HIS 22 YEAR OLD NIECE TO TAKE OVER M JOB, WHICH HE TERMINATED ME FROM.

I wish to pursue this matter in court. I hereby request that the Department of Fair Employment and Housing provide a right-to-sue. I understand that if I want a federal notice of right-to-sue, I must visit th U.S. Equal Employment Opportunity Commission (EEOC) to file a complaint within 30 days of receipt of the DFEH "Notice of Case Closure," or within 300 days of the alleged discriminatory act, whiche is earlier.

I have not been coerced into making this request, nor do I make it based on fear of retaliation if I do not do so. I understand it is the Department of Fair Employment and Housing's policy to not process reopen a complaint once the complaint has been closed on the basis of "Complainant Elected Court Action."

By submitting this complaint I am declaring under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge except as to matt stated on my information and belief, and as to those matters I believe it to be true.

Dated **04/09/2008**

At **San Francisco**

DATE FILED: **04/09/2008**

DFEH-300-030 (02/08)
DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING                                                                      STATE OF CALIFORNIA

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**
1515 CLAY STREET, SUITE 701, OAKLAND, CA, 94612
(510) 622-2941
ww.dfeh.ca.gov



April 09, 2008

RE: E200708M5075-02
<u>MARSHALL/ICETON, LES, AS AN INDIVIDUAL</u>

## NOTICE TO COMPLAINANT'S ATTORNEY

Enclosed is a copy of your client's complaint of discrimination filed with the Department of Fair Employment and Housing (DFEH) pursuant to the California Fair Employment and Housing Act, Government Code section 12900 et seq. Also enclosed is a copy of your client's Notice of Case Closure, which constitutes your client's right-to-sue notice. Pursuant to Government Code section 12962, DFEH will not serve these documents on the employer.

Please refer to the enclosed Notice of Case Closure for information regarding filling a private lawsuit in the State of California.

Sincerely,

*Allan H. Pederson*

Allan Pederson
District Administrator

Enclosure: Complaint of Discrimination
Notice of Case Closure

DFEH-200-06 (01/08)

STATE OF CALIFORNIA - STATE AND CONSUMER SERVICES AGENCY                                    ARNOLD SCHWARZENEGGER, Governor

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**
1515 CLAY STREET, SUITE 701, OAKLAND, CA, 94612
(510) 622-2941
ww.dfeh.ca.gov



April 09, 2008

MARSHALL, DELORA
7799 PEACHTREE AVENUE
NEWARK,CA,94560

RE: E200708M5075-02
    MARSHALL/ICETON, LES, AS AN INDIVIDUAL

Dear MARSHALL, DELORA:

## NOTICE OF CASE CLOSURE

This letter informs that the above-referenced complaint that was filed with the Department of Fair Employment and Housing (DFEH) has been closed effective April 09, 2008 because an immediate right-to-sue notice was requested. DFEH will take no further action on the complaint.

This letter is also the Right-To-Sue Notice. According to Government Code section 12965, subdivision (b), a civil action may be brought under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. The civil action must be filed within one year from the date of this letter.

If a federal notice of Right-To-Sue is wanted, the U.S. Equal Employment Opportunity Commission (EEOC) must be visited to file a complaint within 30 days of receipt of this DFEH *Notice of Case Closure* or within 300 days of the alleged discriminatory act, whichever is earlier.

Notice of Case Closure
Page Two

DFEH does not retain case files beyond three years after a complaint is filed, unless the case is still open at the end of the three-year period.

Sincerely,

*Allan H. Pederson*

Allan Pederson
District Administrator

cc:   Case File

AILEEN FOX
HUMAN RESOURCES MANAGER
CARGILL, INC.
7220 CENTRAL AVENUE
NEWARK CA 94560

DFEH-200-43 (06/06)