**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: <u>June 19, 2008</u>

Case No.  <u>C 08-02422 WHA</u>

Title: <u>DELORA MARSHALL</u> v. <u>CARGILL, INC</u>

Plaintiff Attorneys: Michael Hoffman

Defense Attorneys: Paul Lynd

Deputy Clerk:  <u>Dawn Toland</u>

Court Reporter: <u>Kathy Wyatt</u>

**PROCEEDINGS**

1)   <u>Motion for Judgment on the Pleadings - Submitted</u>

2)   <u>Motion to Dismiss - Submitted</u>

3)   <u>Motion to Remand - Submitted</u>

Continued to _ for Further Case Management Conference

Continued to __for Pretrial Conference

Continued to __for Trial

**ORDERED AFTER HEARING:**

Parties submitted the motion without oral argument.  If the case stays, the Court will issue a case management order setting a trial date in June 2009.  Initial disclosures shall be completed by 7/8/08.