IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELORA MARSHALL,<br><br>  Plaintiff,<br><br>  v.<br><br>CARGILL, INC., PATRICK MAPELLI, LES ICETON, and DOES 1 through 100, inclusive,<br><br>  Defendants.<br> / | No. C 08-02422 WHA<br><br>**JUDGMENT FOR DEFENDANT LES ICETON** |

By Order of the Court dated June 20, 2008, granting the motion of Defendant Les Iceton to dismiss with prejudice the First, Second, Third, Fourth, Fifth, and Sixth Causes of Action of Plaintiff's Complaint, all Causes of Action directed against Defendant Les Iceton have been dismissed.

**FINAL JUDGMENT IS HEREBY ENTERED** in favor of Defendant Les Iceton and against Plaintiff Delora Marshall.

**IT IS SO ORDERED.**

Dated: June 30, 2008

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE