1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DELORA MARSHALL,

       Plaintiff,

  v.

CARGILL, INC., PATRICK
MAPELLI, LES ICETON,
and DOES 1 through 100,
inclusive,

       Defendants.

_____/

No. C 08-02422 WHA

**ORDER RE SUBSTITUTION OF
COUNSEL**

     The request to strike is denied.  The client is entitled to retain counsel of her choice at this stage in the litigation.  If her attorney of choice has interfered with the professional rights of attorney Hoffman, then that will have to be sorted out between the attorneys in some other venue.  For purposes of the immediate lawsuit before the undersigned, the client has chosen attorney Figari who shall henceforth be the attorney of plaintiff Delora Marshall.  With respect to the request to strike, attorney Hoffman's statements are what they are, and good cause to strike has not been shown.  Plaintiff is instructed to file the notice of substitution of counsel.

     **IT IS SO ORDERED.**

Dated:  October 20, 2008

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28