IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DELORA MARSHALL,

    Plaintiff,

  v.

CARGILL INC., a corporation, PATRICK MAPELLI, an individual, LES ICETON, an individual, and DOES 1 through 100, inclusive,

    Defendants.
                               /

No. C 08-02422 WHA

**ORDER PERMITTING PLAINTIFF TO PROPOUND INTERROGATORIES AFTER DISCOVERY CUTOFF**

    Good cause having been shown, plaintiff is permitted to propound five discrete, specific interrogatories with no subparts directed to the subject of documents produced on January 5, 2009, by defendant. These interrogatories may be propounded by January 20, 2009, and must be answered by February 6, 2009. If defendant is not reasonable in providing full and fair answers, then the Court will consider allowing supplemental interrogatories and even a deposition.

    **IT IS SO ORDERED.**

Dated: January 14, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE