Barbara Figari (Bar No. 251942)
FIGARI LAW
201 Mission Street, Suite 710
San Francisco, California 94105
Telephone: (415) 235-2100
Fax: (415) 963-4301
Email: Barbara@figarilaw.com

Attorney for Plaintiff DELORA MARSHALL

Marjorie S. Fochtman (Bar No. 143201)
Paul R. Lynd (Bar No. 202764)
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, California 94111-3600
Telephone: (415) 984-8200
Fax: (415) 984-8300

Attorneys for Defendant CARGILL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELORA MARSHALL,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CARGILL, INC., a Corporation, and DOES 1 through 100, inclusive<br><br>　　　　Defendants. | Case No. C08-02422 WJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ACTION** |

-1-

# **STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Delora Marshall and Defendant Cargill, Inc., acting through their respective counsel of record, hereby stipulate that all causes of action be DISMISSED WITH PREJUDICE, each side bearing its own costs and attorneys' fees.

Dated: January 20, 2009  BARBARA FIGARI
FIGARI LAW

/s/ Barbara Figari
By: _____
Barbara Figari
Attorney for Plaintiff DELORA MARSHALL

Dated: January 20, 2009  MARJORIE S. FOCHTMAN
PAUL R. LYND
NIXON PEABODY LLP

/s/ Paul R. Lynd
By: _____
Paul R. Lynd
Attorneys for Defendant CARGILL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELORA MARSHALL<br><br>    Plaintiff,<br><br>  vs.<br><br>CARGILL, INC., a Corporation, and<br>DOES 1 through 100, inclusive<br><br>    Defendants. | Case No. C08-02422 WJA<br><br>[~~PROPOSED~~] ORDER |

On the stipulation of the parties, and good cause appearing therefore, all causes of action are DISMISSED WITH PREJUDICE, each side bearing its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: January 21, 2009

IT IS SO ORDERED
Judge William Alsup

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE